UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

James Bordonaro
dba Advanced Graphics Design and Engineering,

                           Debtor.

------------------------------------------------------------x

Chapter 11

Case No. 8-20-71805-las

### ORDER PURSUANT TO 11 U.S.C. § 362(c)(4) CONFIRMING THE ABSENCE OF THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion dated April 1, 2020 and affirmation in support of Jennifer L. Coden, Esq. dated April 1, 2020 [dkt. no. 8] and refiled motion dated April 10, 2020 [dkt. no. 19], of Fido's Fences, Inc. (the "Creditor"), by its attorneys, Law Offices of Jennifer L. Coden, PLLC, for an order, pursuant to section 362(c)(4)(A)(ii) of title 11 of the United States Code (the "Bankruptcy Code"), confirming that the automatic stay under section 362(a) of the Bankruptcy Code is not in effect ("Motion"); and notice of the Motion having been duly given pursuant to E.D.N.Y. LBR 4001-2 [dkt nos. 9, 19, 21]; and the debtor having filed his first bankruptcy case, Case No.: 8-14-70190-reg, on January 20, 2014; and the first bankruptcy case having closed on May 14, 2019; and the debtor having filed his second bankruptcy case, Case No.: 8-18-72933-reg, on April 30, 2018; and the second bankruptcy case having been dismissed on June 15, 2018; and the debtor having filed his third bankruptcy case on September 26, 2018, Case No. 8-18-76491-las; and the third bankruptcy case having been dismissed on April 3, 2019; and the debtor having filed his fourth bankruptcy case on September 23, 2019, Case No.: 8-19-76587-las; and the fourth bankruptcy case having been dismissed on December 3, 2019; and the debtor having filed this current chapter 11 case on March 31, 2020; and after due deliberation, the Court having determined that there is no

automatic stay in effect under section 362(c)(4) of the Bankruptcy Code as the debtor has two bankruptcy cases pending within the previous year that were dismissed; it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), the automatic stay under section 362(a) of the Bankruptcy Code did not go into effect upon the debtor's bankruptcy filing on March 31, 2020.

**Dated: April 13, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**